Exhibit B

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

RECEIVED

AUG 1 6 2023

U.S. MARSHALS
NORTHERN DISTRICT
OF MISSISSIPPI

United States of America
v.

RONNELL PRATT A/K/A "PJ"
*Defendant*

Case No. 4:23CR116

2342-0816-0911-J

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RONNELL PRATT A/K/A "PJ"
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY, TRAFFICKING IN FIREARMS,
FALSE STATEMENT DURING THE PURCHASE OF A FIREARM

Date: 08/16/2023

Deputy Clerk
*Issuing officer's signature*

City and state: Oxford, Mississippi

David Crews, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| Arresting officer's signature |
| Printed name and title |